AO 106 (Rev 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:18mj 1357 (SALM)
Information associated with user glenecohen that is stored at premises )
owned, maintained, controlled, or operated by Instagram, a company )
owned by Facebook, Inc. and headquartered in San Francisco, )
California. )

**FILED** 2018 AUG 23 A 11: 02 U.S. DISTRICT COURT NEW HAVEN, CT.

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the affidavit of FBI TFO Kyle Bombace

located in the _____ District of ___Connecticut___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B to the affidavit of FBI TFO Kyle Bombace

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2261A | Cyberstalking |

The application is based on these facts:
See attached affidavit of FBI TFO Kyle Bombace

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO Kyle Bombace, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/23/2018

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Sarah A. L. Merriam, USMJ
*Printed name and title*