UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:18MJ1357 (SALM) |
| | : | |
| v. | : | |
| | : | |
| SEALED SEARCH WARRANT | : | September 21, 2021 |

**MOTION TO UNSEAL CASE AND PARTIALLY UNSEAL DOCKET ENTRY**

The Government respectfully requests that the Court unseal the above captioned case. The Government has reviewed the case and has determined that the facts justifying sealing no longer apply, or no longer outweigh the public's interest in access to the material. Among other things, the person charged in connection with this investigation has completed his period of pretrial diversion, and the information filed against him, which is publicly available, has been dismissed. *See* Crim. No. 3:19cr18 (VLB). There is minimal or no further risk of destruction of evidence or flight from prosecution.

With respect to Docket Entry 1-1 (Affidavit In Support of Search Warrant Application), however, the Government requests that the original docket entry remain sealed and that the attached, redacted document be made public in its place. Docket Entry 1-1, which is the affidavit supporting the search warrant, contains information about the subject of the investigation and information about victims of the offense, including locations of the victims' then-current and prior residences and photographs of disturbing, pornographic messages the victims received. Making the search warrant affidavit publicly available in unredacted form would invade the privacy of the victims, who do not wish to draw further attention to themselves. Additionally, Docket Entry 1-1 reveals the details of the investigation against the target and references a personal email address

used by the subject of the investigation.[1]  Given that the charges against the subject of the investigation were dismissed, public disclosure of the unredacted document could cause reputational harm.  For these reasons, continued sealing of the unredacted version of the docket entry serves compelling interests, and the requested sealing is narrowly tailored to serve those interests.

                Respectfully submitted,

                LEONARD C BOYLE
                ACTING UNITED STATES ATTORNEY

                */s Sarala V. Nagala*

                SARALA V. NAGALA
                ASSISTANT UNITED STATES ATTORNEY
                Federal Bar No. phv05529
                United States Attorney's Office
                157 Church Street, 25th Floor
                New Haven, CT 06510
                Tel: (203) 821-3700
                Sarala V. Nagala@usdoj.gov

---

[1] The Government has not redacted, and it not seeking the sealing of, references to the screennames of social media accounts of the subject of the investigation, as such screennames were intended to be public-facing.